John Bruce Griffith
600 North Henderson
Aavalon Transitional Center
Ft. Worth, TX 76107

10-6-15

40,221-04

TO:
Louise Pearson, Clerk, or presiding Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711

Hello,
I am currently residing at a State halfway house, and am "indigent" at this time. I am waiting to draw social security.

I'm writing to see if you can send me a copy of these writs I filed in about Oct. 2010:

Writ No. WR-40,221-04
Trial Court No: C-372-008967-0988785-A
11/10/2010

Can you please send me a copy, or tell me how I may obtain such?

Thank you,

Sincerely,

John B. Griffith

Copy/File

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk